Exhibit A

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth: 09/10/1988 | Sex: M | Race: WHITE | Facility: | SCH |
| Encounter Date: 08/07/2014 07:49 | Provider: | Mace-Leibson, Ellen DO | Unit: | E02 |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Mace-Leibson, Ellen DO CD

**Chief Complaint:** GASTROINTESTINAL

**Subjective:** Been about 4 yrs since last Rx. Last flare was "I don't know". Pt reports that he watches what he eats and is well controlled with that. No hx surgery to his ABD.

**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**Seen for clinic(s):** Gastrointestinal

**Removed from clinic(s):** Gastrointestinal

**OBJECTIVE:**
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/07/2014 | 07:50 SCH | 97.8 | 36.6 | | Mace-Leibson, Ellen DO CD |
| 07/16/2014 | 09:35 BRO | 97.6 | 36.4 | | Garcia, Marilyn RN |
| 12/03/2013 | 09:03 FTD | 97.7 | 36.5 | Tympanic | Turner-Foster, Nicoletta MD |
| 11/27/2013 | 09:27 FTD | 97.2 | 36.2 | Temporal | Syjongtian, Sam MLP |
| 11/27/2013 | 08:45 FTD | 97.2 | 36.2 | | Miller, Nicolett RN |
| 08/29/2013 | 10:56 BRO | 97.3 | 36.3 | Oral | Rios, Sixto MLP |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/07/2014 | 07:50 SCH | 64 | | | Mace-Leibson, Ellen DO CD |
| 07/16/2014 | 09:35 BRO | 75 | | | Garcia, Marilyn RN |
| 12/03/2013 | 09:03 FTD | 61 | Via Machine | Regular | Turner-Foster, Nicoletta MD |
| 11/27/2013 | 09:27 FTD | 74 | Via Machine | Regular | Syjongtian, Sam MLP |
| 11/27/2013 | 08:45 FTD | 74 | | | Miller, Nicolett RN |
| 10/24/2013 | 09:47 ALX | 72 | | | Miller, Jay MD |
| 08/29/2013 | 10:56 BRO | 78 | Via Machine | Regular | Rios, Sixto MLP |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/16/2014 | 09:35 BRO | 16 | Garcia, Marilyn RN |

| Inmate Name: | ZULLO, JEREMY D | | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | | Sex: | M | Race: WHITE | Facility: | SCH |
| Encounter Date: | 08/07/2014 07:49 | | Provider: | Mace-Leibson, Ellen DO | | Unit: | E02 |

| **Date** | **Time** | | | **Rate Per Minute** | **Provider** |
|---|---|---|---|---|---|
| 12/03/2013 | 09:03 FTD | | | 16 | Turner-Foster, Nicoletta MD |
| 11/27/2013 | 09:27 FTD | | | 16 | Syjongtian, Sam MLP |
| 11/27/2013 | 08:45 FTD | | | 16 | Miller, Nicolett RN |
| 08/29/2013 | 10:56 BRO | | | 14 | Rios, Sixto MLP |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 08/07/2014 | 07:50 SCH | 125/80 | | | | Mace-Leibson, Ellen DO CD |
| 07/16/2014 | 09:35 BRO | 122/74 | | | | Garcia, Marilyn RN |
| 12/03/2013 | 09:03 FTD | 100/59 | Left Arm | Sitting | Adult-regular | Turner-Foster, Nicoletta MD |
| 11/27/2013 | 09:27 FTD | 114/80 | Left Arm | Sitting | Adult-regular | Syjongtian, Sam MLP |
| 11/27/2013 | 08:45 FTD | 114/80 | | | | Miller, Nicolett RN |
| 10/24/2013 | 09:47 ALX | 111/79 | | | | Miller, Jay MD |
| 08/29/2013 | 10:56 BRO | 101/68 | Right Arm | Sitting | Adult-regular | Rios, Sixto MLP |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 12/03/2013 | 09:03 FTD | 98 | Room Air | Turner-Foster, Nicoletta MD |
| 11/27/2013 | 09:27 FTD | 98 | | Syjongtian, Sam MLP |
| 11/27/2013 | 08:45 FTD | 98 | | Miller, Nicolett RN |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 07/16/2014 | 09:35 BRO | 68.0 | 172.7 | Garcia, Marilyn RN |
| 12/03/2013 | 09:03 FTD | 68.0 | 172.7 | Turner-Foster, Nicoletta MD |
| 11/27/2013 | 09:27 FTD | 68.0 | 172.7 | Syjongtian, Sam MLP |
| 11/27/2013 | 08:45 FTD | 68.0 | 172.7 | Miller, Nicolett RN |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 08/07/2014 | 07:50 SCH | 137.0 | 62.1 | | Mace-Leibson, Ellen DO CD |
| 07/16/2014 | 09:35 BRO | 130.0 | 59.0 | | Garcia, Marilyn RN |
| 12/03/2013 | 09:03 FTD | 137.0 | 62.1 | | Turner-Foster, Nicoletta MD |
| 11/27/2013 | 09:27 FTD | 136.2 | 61.8 | | Syjongtian, Sam MLP |
| 11/27/2013 | 08:45 FTD | 136.2 | 61.8 | | Miller, Nicolett RN |
| 10/24/2013 | 09:47 ALX | 134.0 | 60.8 | | Miller, Jay MD |
| 08/29/2013 | 10:56 BRO | 127.0 | 57.6 | | Rios, Sixto MLP |

**Exam:**

**Diagnostics**

see doc manager
colonoscopy nl 2011

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

exam completed in my presence by F. Ortiz, MLP -- see cosign below

**Skin**

| | | | | |
|---|---|---|---|---|
| Inmate Name:   ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth:   09/10/1988 | Sex: | M   Race:  WHITE | Facility: | SCH |
| Encounter Date: 08/07/2014 07:49 | Provider: | Mace-Leibson, Ellen DO | Unit: | E02 |

**Exam:**

**Color**

Yes: Within Normal Limits

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Abdomen**

**Palpation**

Yes: Within Normal Limits

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**ASSESSMENT:**

Ulcerative colitis, unspecified, 556.9 - Remission, Chronic, At Treatment Goal

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Gastroenterology | 10/15/2014 | | No | English |

**Reason for Request:**

colonoscopy

**Provisional Diagnosis:**

hx ulcerative colitis, nl colonoscopy 2011, no meds in last 4 years, no flare in last 4 yrs -- weight, labs, etc have remained stable

**Discontinued Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|

| Inmate Name:   ZULLO, JEREMY D | | | Reg #:   06087-082 |
|---|---|---|---|
| Date of Birth:   09/10/1988 | Sex:   M   Race:   WHITE | | Facility:   SCH |
| Encounter Date: 08/07/2014 07:49 | Provider:   Mace-Leibson, Ellen DO | | Unit:   E02 |

| Gastroenterology | 10/21/2014 | Medically | No |
|---|---|---|---|

**Reason for Request:**

Inmate with ulcerative colitis 10 years ago. Had colonoscopy about a year ago. Needs 1-2 year followup per guidelines. He is in remission with no symptoms off meds.

**Provisional Diagnosis:**

Ulcerative colitis

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Influenza Immunization | 10/14/2014 00:00 | MLP 01 |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

no need of CCC at this time; RTC if flares but otherwise will see on PRN basis since has had no Rx or flare in last 4 yrs; repear c-scope ordered for completeness

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/07/2014 | Counseling | Plan of Care | Mace-Leibson, Ellen | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Mace-Leibson, Ellen DO CD on 08/07/2014 09:27
Requested to be cosigned by Ortiz, Francisco MLP.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/07/2014 07:49 | | Provider: | Mace-Leibson, Ellen DO | Facility: | SCH |

**Cosigned by Ortiz, Francisco MLP on 08/07/2014 09:39.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | |
|---|---|
| Inmate Name:  ZULLO, JEREMY D | Reg #:   06087-082 |
| Date of Birth:   09/10/1988 | Sex:   M   Race:  WHITE      Facility:  SCH |
| Encounter Date:  10/20/2014 12:54 | Provider:  Ortiz, Francisco MLP      Unit:   E02 |

Pre-operative Evaluation/Counseling encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**      **Provider:** Ortiz, Francisco MLP

        **Chief Complaint:** Other Problem
        **Subjective:**   Called in to discuss instructions for colonoscopy.
        **Pain Location:**
        **Pain Scale:**  0
        **Pain Qualities:**
        **History of Trauma:**
        **Onset:**
        **Duration:**
        **Exacerbating Factors:**
        **Relieving Factors:**
        **Comments:**


**OBJECTIVE:**

**Exam:**
    **General**
        **Appearance**
            Yes: Appears Well, Alert and Oriented x 3
            No: Appears Distressed, Appears in Pain, Writhing in Pain

**ASSESSMENT:**

    Ulcerative colitis, unspecified, 556.9 - Remission, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | PEG/Electrolyte Solution | 10/20/2014 12:54 | // Orally  one time x 1 day(s) -- to be used on 10-26-2014 follow instructions on label. |

        **Indication:** Ulcerative colitis, unspecified

           **One Time Dose Given:** No


**Disposition:**

    Follow-up at Chronic Care Clinic as Needed

**Other:**

    Stop all aspirin products and blood thinners starting today. , on 10-26-2014 no solids foods and use colon cleanser as directed in for given. Nothing to eat or drink starting the morning of 10-27-2014 in preparation of colonoscopy that is schedule on 10-27-2014.

**Patient Education Topics:**

Inmate Name:   ZULLO, JEREMY D
Date of Birth:   09/10/1988                              Sex:        M        Race:   WHITE
Encounter Date: 10/20/2014 12:54                   Provider:   Ortiz, Francisco MLP

Reg #:       06087-082
Facility:    SCH
Unit:        E02

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/20/2014 | Counseling | Compliance - Treatment | Ortiz, Francisco | Verbalizes Understanding |

**Copay Required:** No              **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Ortiz, Francisco MLP on 10/20/2014 13:02

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  ZULLO, JEREMY D | | Reg #:  06087-082 | |
| Date of Birth:  09/10/1988 | Sex:   M    Race:  WHITE | Facility:  SCH | |
| Encounter Date:  10/27/2014 13:22 | Provider:  Ortiz, Francisco MLP | Unit:   E02 | |

Post-Procedure Follow-up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1        Provider:** Ortiz, Francisco MLP

**Chief Complaint:** Other Problem
**Subjective:**   Back from colonoscopy
**Pain Location:**
**Pain Scale:**  0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**   voiced no injuries while on medical trip

**OBJECTIVE:**

**Exam:**
**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed, Appears in Pain, Writhing in Pain

**ASSESSMENT:**

Ulcerative colitis, unspecified, 556.9 - Remission, Chronic, At Treatment Goal

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Gastroenterology | 10/27/2016 | | No | |

**Reason for Request:**
For surveillance colonoscopy in 2 years from 10-27-2014
**Provisional Diagnosis:**
Hx of ulcerative colitis

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Other:**

Colonoscopy results discussed with patient, colonoscopy examination was completely normal, recommend another colonoscopy in 2 years.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | ZULLO, JEREMY D | | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | | Sex: | M | Race: WHITE | Facility: | SCH |
| Encounter Date: | 10/27/2014 13:22 | | Provider: | Ortiz, Francisco MLP | | Unit: | E02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 10/27/2014 | Counseling | Compliance - Treatment | Ortiz, Francisco | Verbalizes Understanding |

**Copay Required:** No
**Telephone/Verbal Order:** No

**Cosign Required:** Yes

Completed by Ortiz, Francisco MLP on 10/27/2014 13:33
Requested to be cosigned by Mace-Leibson, Ellen DO CD.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/27/2014 13:22 | Provider: | Ortiz, Francisco MLP | Facility: | SCH |

**Cosigned by Mace-Leibson, Ellen DO CD on 10/27/2014 14:19.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: M | Race: WHITE | Facility: | SCH |
| Note Date: | 07/28/2015 13:59 | Provider: | Ortiz, Francisco MLP | Unit: | E02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**      **Provider:** Ortiz, Francisco MLP
>
> To change med

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Mesalamine Tablet (Delayed Release) | 07/28/2015 13:59 | 1600mg Orally  -  three times a day x 180 day(s) |

> **Indication:** Ulcerative colitis, unspecified
>
> **One Time Dose Given:** No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | *Mesalamine Tablet (Delayed Release)* | *07/28/2015 13:59* | *800mg Orally  -  three times a day x 180 day(s)* |

> **Discontinue Type:**   *When Pharmacy Processes*
>
> **Discontinue Reason:** *discontinue*
>
> **Indication:**
>
> **One Time Dose Given:**

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Ortiz, Francisco MLP on 07/28/2015 14:01

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex:       M       Race:  WHITE | Facility: | SCH |
| Encounter Date: | 07/27/2015 09:58 | Provider:  Ortiz, Francisco MLP | Unit: | E02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1       **Provider:** Ortiz, Francisco MLP

Chief Complaint: GASTROINTESTINAL

Subjective: Did a little better while on Prednisone.  Finished prednisone for over a week and intestinal problems started., abdominal pains, cramps, skin rashes , no bloody stools.

Pain:       No

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/27/2015 | 10:02 SCH | 97.9 | 36.6 | Oral | Ortiz, Francisco MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2015 | 10:02 SCH | 72 | Via Machine | | Ortiz, Francisco MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2015 | 10:02 SCH | 18 | Ortiz, Francisco MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/27/2015 | 10:02 SCH | 114/73 | Left Arm | Sitting | Adult-regular | Ortiz, Francisco MLP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/27/2015 | 10:02 SCH | 98 | | Ortiz, Francisco MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/27/2015 | 10:02 SCH | 139.0 | 63.1 | | Ortiz, Francisco MLP |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed, Appears in Pain, Writhing in Pain

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/10/1988 | Sex: | M | Race: WHITE | Facility: | SCH |
| Encounter Date: | 07/27/2015 09:58 | Provider: | Ortiz, Francisco MLP | | Unit: | E02 |

**Exam:**

    **Auscultation**
        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
        No: M/R/G

    **Abdomen**
    **Inspection**
        Yes: Within Normal Limits

    **Auscultation**
        Yes: Normo-Active Bowel Sounds

    **Percussion**
        Yes: Normal Liver Span, Normal Spleen Span

    **Palpation**
        Yes: Within Normal Limits
        No: Soft, Guarding, Rigidity

**Exam Comments**

    upper trunk with erythematous eruptions areas.

**ASSESSMENT:**

    Ulcerative colitis, unspecified, 556.9 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Mesalamine Tablet (Delayed Release) | 07/27/2015 09:58 | 800mg Orally - three times a day x 180 day(s) |

    **Indication:** Ulcerative colitis, unspecified

    **One Time Dose Given:** No

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 08/07/2015 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | | | |
| Lab Tests - Short List-General-Hepatic Profile | | | |

    **Labs requested to be reviewed by :** Mace-Leibson, Ellen DO CD

**Disposition:**

    Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2015 | Counseling | Compliance - Treatment | Ortiz, Francisco | Verbalizes Understanding |

| | | |
|---|---|---|
| Inmate Name:  ZULLO, JEREMY D | | Reg #:  06087-082 |
| Date of Birth:  09/10/1988 | Sex:  M  Race:  WHITE | Facility:  SCH |
| Encounter Date: 07/27/2015 09:58 | Provider:  Ortiz, Francisco MLP | Unit:  E02 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Ortiz, Francisco MLP on 07/27/2015 14:23
Requested to be cosigned by  Mace-Leibson, Ellen DO CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 07/27/2015 09:58 | Provider: | Ortiz, Francisco MLP | | Facility: | SCH |

**Cosigned by Mace-Leibson, Ellen DO CD on 07/27/2015 15:05.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M   Race:  WHITE | Facility: | SCH |
| Encounter Date: | 07/07/2015 09:25 | Provider: | Ortiz, Francisco MLP | Unit: | E02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Ortiz, Francisco MLP

      **Chief Complaint:** GASTROINTESTINAL

      **Subjective:**    hx ulcerative colitis flare up , on lot stress , going a lot to the bathroom with diarrhea like 4 times day for at least this past month. No bloody stools.

      **Pain:**    Yes

      **Pain Assessment**

| | |
|---|---|
| **Date:** | 07/07/2015 09:29 |
| **Location:** | Abdomen - Diffuse |
| **Quality of Pain:** | Cramping |
| **Pain Scale:** | 5 |
| **Intervention:** | yes |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1 Month |
| **Duration:** | 1 Month |
| **Exacerbating Factors:** | none |
| **Relieving Factors:** | none |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/07/2015 | 09:30 SCH | 98.9 | 37.2 | Oral | Ortiz, Francisco MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/07/2015 | 09:30 SCH | 78 | Via Machine | | Ortiz, Francisco MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/07/2015 | 09:30 SCH | 18 | Ortiz, Francisco MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/07/2015 | 09:30 SCH | 120/69 | Left Arm | Sitting | Adult-regular | Ortiz, Francisco MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/07/2015 | 09:30 SCH | 142.0 | 64.4 | | Ortiz, Francisco MLP |

**Exam:**

    **General**

| | | | |
|---|---|---|---|
| Inmate Name:  ZULLO, JEREMY D | | Reg #: | 06087-082 |
| Date of Birth:  09/10/1988 | Sex:     M      Race:  WHITE | Facility: | SCH |
| Encounter Date: 07/07/2015 09:25 | Provider:  Ortiz, Francisco MLP | Unit: | E02 |

**Exam:**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed, Appears in Pain, Writhing in Pain

**Skin**

**General**

Yes: Dry

No: Tenderness, Surgical Scars

**Mouth**

**General**

Yes: Within Normal Limits

**Neck**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Percussion**

Yes: Normal Liver Span, Normal Spleen Span

**Palpation**

Yes: Soft

No: Guarding, Rigidity, Tenderness on Palpation

**Exam Comments**

upper extremities with rash

**ASSESSMENT:**

Ulcerative colitis, unspecified, 556.9 - Current, Chronic, New Occurrence

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/10/1988 | Sex: | M    Race: WHITE | | Facility: | SCH |
| Encounter Date: | 07/07/2015 09:25 | Provider: | Ortiz, Francisco MLP | | Unit: | E02 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | predniSONE Tablet | 07/07/2015 09:25 | 10mg Orally  -   daily x 12 day(s) -- Taper dose. 60mg for 3 days, 40 mg for 3 days, 20mg for 3 days, 10mg for 3 days. |

Indication: Ulcerative colitis, unspecified

One Time Dose Given: No

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/07/2015 | Counseling | Compliance - Treatment | Ortiz, Francisco | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Ortiz, Francisco MLP on 07/07/2015 12:51

## Danielle Bingaman - 72df1f14-34f9-46b9-b918-d1f0ff34c41c

CAMP

**From:**     SCH/InmateToHealthSvcs
**To:**       ~^!JEREMY D ~^!ZULLO
**Date:**     11/2/2016 9:51 AM
**Subject:**  72df1f14-34f9-46b9-b918-d1f0ff34c41c
**BC:**       Danielle Bingaman

Your request has been submitted to medical records for processing.


Health Services Administration
FCI Schuylkill
Any questions or concerns with this response see us at Main Line.

You can now speak to any Health Services Staff on Tuesdays during the Lunch Main Line Open House conducted in Health Services.


>>> ~^!"ZULLO, ~^!JEREMY D" <06087082@inmatemessage.com> 10/22/2016 2:04 PM >>>
To: D. Bingaman, Medical Records
Inmate Work Assignment: Camp 1 Orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
72df1f14-34f9-46b9-b918-d1f0ff34c41c
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***



Ms. Bingaman,

    I am requesting a copy of the biopsy report from the procedure done by Dr. Narula at the Schuylkill Endoscopy Center on September 13, 2016. Thank you in advance for your time and attention in this matter, as it is very greatly appreciated.

Pathology + Procedure Reports dated 9/13/16 printed + given.
6 pages.

11/10/2016 .

09/19/2016 11:34 FAX                                                                    ☑0003/0005
09-16- 16 09:10 FROM-  LAB

SCHUYLKILL MEDICAL CENTER – EAST NORWEGIAN STREET
POTTSVILLE, PA 17901
PHONE: 570-621-4031  FAX: 570-628-5431
JOHN F. RUSSO, M.D., CHAIRMAN, PATHOLOGY SERVICES
CLIA # 39D0012193

## PATHOLOGY REPORT

| | | | |
|---|---|---|---|
| Patient Name: | ZULLO JEREMY | | |
| Patient Phone #: | 817/477/0400 | Order #: | 55307 |
| Med Rec #: | M287596 | Age/Sex: | 28/M |
| Account #: | 10910848 | D.O.B.: | 09/10/1988 |
| Physician(s): | NARULA AMRIT P | Location: | |

**SPECIMEN #: S16-3519**
Collected: 09/13/16 07:03
Received: 09/14/16 07:03

**SPECIMEN(S) :** A - 1 - POLYP: CECUM, B - 1 - COLON: CECUM, C - 1 - COLON:
ASCENDING COLON, D - 1 - COLON: HEPATIC FLEXURE, E - 1 - COLON:
TRANSVERSE, F - 1 - COLON: SPLENIC FLEXURE, G - 1 - COLON: DESCENDING
COLON, H - 1 - SIGMOID COLON: SIGMOID, I - 1 - RECTUM: RECTUM

**PREOPERATIVE DIAGNOSIS:**
Screening colonoscopy, ulcerative pancolitis of 8 or more years.
**POSTOPERATIVE DIAGNOSIS:**
Polyp in cecum, inflammation found from rectum to splenic flexure and from descending colon to
splenic flexure secondary to left sided colitis, R/O dysplasia.

**GROSS DESCRIPTION:**
A-The specimen labeled polyp cecum consists of a soft gray tan polyp 0.5 x 0.2 cm submitted in
1 block.

B-The specimen labeled biopsy cecum consists of 2 fragments of soft tan tissue 0.3 and 0.4 cm.
submitted in 1 block.

C-The specimen labeled biopsy ascending colon consists of 2 fragments soft tan tissue 0.1 and
0.2 cm submitted in 1 block.

D-The specimen labeled biopsy hepatic flexure consists of 2 fragments of soft gray tan tissue 0.4
cm each submitted in 1 block.

E-The specimen labeled biopsy transverse colon consists of 2 fragments of soft gray tan tissue 0.2
and 0.4 cm. submitted in 1 block.

F-The specimen labeled biopsy splenic flexure consists of 2 fragments of soft gray tan tissue 0.2
cm. each submitted in 1 block.

G-The specimen labeled biopsy descending colon consists of 2 fragments of soft gray tan tissue
0.2 and 0.3 cm submitted in 1 block.

This report represents an opinion based on tissue submitted for examination and information furnished to
the pathologist with the specimen. If the report does not agree with the attending physician's clinical
impression, the pathologist should be notified immediately so that the case can be jointly reviewed.
Physicians are encouraged to consult the pathologist and review the cases, particularly when treatments
associated with high morbidity and mortality are to be instituted on the basis of the pathology report.

09/19/2016 11:35 FAX                                                                    ☒0004/0005

SCHUYLKILL MEDICAL CENTER – EAST NORWEGIAN STREET
POTTSVILLE, PA 17901
PHONE: 570-621-4031  FAX: 570-628-5431
JOHN F. RUSSO, M.D., CHAIRMAN, PATHOLOGY SERVICES
CLIA # 39D0012193

## PATHOLOGY REPORT

| | | | |
|---|---|---|---|
| Patient Name: | ZULLO JEREMY | | |
| Patient Phone #: | 817/477/0400 | Order #: | 55307 |
| Med Rec #: | M267596 | Age/Sex: | 28/M |
| Account #: | 10910842 | D.O.B.: | 09/10/1988 |
| Physician(s): | NARULA AMRIT P | Location: | |

H-The specimen labeled biopsy sigmoid colon consists of 2 fragments of soft gray tan tissue 0.2 and 0.4 cm. submitted in 1 block.

I-The specimen labeled biopsy rectum consists of 2 fragments of soft gray ta tissue 0.3 cm. each submitted in 1 block.

Dictated by: JFR
Transcribed: AMG
Dictated Date:  9/14/16
Transcribed Date: <<09/14/16 10:10>>

**FINAL DIAGNOSIS:**   Slides received 9/15/16 for pathologic diagnosis.

**A-POLYP CECUM:**
-TUBULAR ADENOMA.

**B-BIOPSY ASCENDING COLON:**
-COLONOIC MUCOSAL TISSUE NEGATIVE FOR ACTIVE COLITIS.
-NEGATIVE FOR DYSPLASIA.

**C-BIOPSY ASCENDING COLON:**
-COLONIC MUCOSAL TISSUE NEGATIVE FOR ACTIVE COLITIS.
-NEGATIVE FOR DYSPLASIA.

**D-BIOPSY HEPATIC FLEXURE:**
-COLONIC MUCOSAL TISSUE NEGATIVE FOR ACTIVE COLITIS. .
-NEGATIVE FOR DYSPLASIA.

**E-BIOPSY TRANSVERSE COLON:**
-COLONIC MUCOSAL TISSUE NEGATIVE FOR ACTIVE COLITIS.
-NEGATIVE FOR DYSPLASIA.

**F-BIOPSY SPLENIC FLEXURE:**
-CHRONIC INACTIVE COLITIS.
-NEGATIVE FOR DYSPLASIA.

---

This report represents an opinion based on tissue submitted for examination and information furnished to the pathologist with the specimen. If the report does not agree with the attending physician's clinical impression, the pathologist should be notified immediately so that the case can be jointly reviewed. Physicians are encouraged to consult the pathologist and review the cases, particularly when treatments associated with high morbidity and mortality are to be instituted on the basis of the pathology report.

09/19/2016 11:35 FAX                                                    ☒0005/0005
09-16-16 09:10 FROM- LAB

SCHUYLKILL MEDICAL CENTER – EAST NORWEGIAN STREET
POTTSVILLE, PA 17901
PHONE: 570-621-4031   FAX: 570-628-5431
JOHN F. RUSSO, M.D., CHAIRMAN, PATHOLOGY SERVICES
CLIA # 39D0012193

### PATHOLOGY REPORT

| | | | |
|---|---|---|---|
| Patient Name: | ZULLO JEREMY | | |
| Patient Phone #: | 817/477/0400 | Order #: | 55307 |
| Med Rec #: | M267596 | Age/Sex: | 28/M |
| Account #: | 10910848 | D.O.B.: | 09/10/1988 |
| Physician(s): | NARULA AMRIT P | Location: | |

**G-BIOPSY DESCENDING COLON:**
-CHRONIC ACTIVE COLITIS
-NEGATIVE FOR DYSPLASIA.

**H-BIOPSY SIGMOID COLON:**
-CHRONIC ACTIVE COLITIS.
-NEGATIVE FOR DYSPLASI.

**I-BIOPSY RECTUM:**
-NEGATIVE FOR PROCTITIS.
-NEGATIVE FOR DYSPLASIA.

COMMENT: No malignancy identified in sections examined.

Dictated by:   John F. Russo, M.D.
Transcribed:  AMG
Dictated Date:  9/15/16 @ 1500
Transcribed Date:  9/16/16 @ 0707

Reviewed and electronically signed by:
J F Russo MD
Pathologist
09/16/16 08:37

Copy for: File copy printer # 521
Copy for: NARULA AMRIT P          via fax

CPT CODE:     88305 x 9

This report represents an opinion based on tissue submitted for examination and information furnished to
the pathologist with the specimen. If the report does not agree with the attending physician's clinical
impression, the pathologist should be notified immediately so that the case can be jointly reviewed.
Physicians are encouraged to consult the pathologist and review the cases, particularly when treatments
associated with high morbidity and mortality are to be instituted on the basis of the pathology report.



| Patient Name: | JEREMY ZULLO | Procedure Date: | 9/13/2016 9:15 AM |
|---|---|---|---|
| MRN: | 28523 | Date of Birth: | 9/10/1988 |
| Age: | 28 | Gender: | Male |
| Attending MD: | AMRIT P. NARULA, MD | | |

| Procedure: | Colonoscopy |
|---|---|
| Indications: | High risk colon cancer surveillance. Ulcerative pancolitis of 8 (or more) years duration |
| Referring MD: | Ellen Mason-Leibson, MD |
| Medicines: | Monitored Anesthesia Care |
| Complications: | No immediate complications. |

**Procedure:** Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.

After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The PCF-H180AL Olympus Colonscope was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was excellent. The ileocecal valve, appendiceal orifice, and rectum were photographed.

The Colon

**Findings:**

The perianal and digital rectal examinations were normal.

A 8 mm polyp was found in the cecum. The polyp was sessile. The polyp was removed with a hot snare. Resection and retrieval were complete.

Inflammation characterized by erosions, erythema, friability and shallow ulcerations was found in a continuous and circumferential pattern from the rectum to the splenic flexure and in a continuous and circumferential pattern from the descending colon to the splenic flexure. This was mild in severity. Biopsies were taken with a cold forceps for histology. Two biopsies were taken every 10 cm with a cold forceps. These biopsy specimens were sent to Pathology.



**SEC**
SCHUYLKILL ENDOSCOPY
CENTER

| | | | |
|---|---|---|---|
| **Patient Name:** | JEREMY ZULLO | **Procedure Date:** | 9/13/2016 9:15 AM |
| **MRN:** | 28523 | **Date of Birth:** | 9/10/1988 |
| **Age:** | 28 | **Gender:** | Male |
| **Attending MD:** | AMRIT P. NARULA, MD | | |

**Add'l Images:**






Sigmoid Colon　　Cecum　　　　　　　　　　Cecum




Rectum　　Rectum

**Impression:** - One 8 mm polyp in the cecum. Resected and retrieved.
- Inflammation was found from the rectum to the splenic flexure and from the descending colon to the splenic flexure secondary to left-sided colitis. Biopsied.

**Recommendation:** - Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Resume previous diet.
- Continue present medications.
- Use Colazal (balsalazide) 1 capsule PO TID.
- Imodium 1 tablet PO BID.
- Return to primary care physician as previously scheduled.
- Repeat colonoscopy in 2 years for surveillance.

*[signature]*

AMRIT P. NARULA, MD
9/13/2016 9:36:56 AM
**Number of Addenda:** 0
**Note Initiated On:** 9/13/2016 9:15:20 AM



| Patient Name: | JEREMY ZULLO | Procedure Date: | 9/13/2016 9:15 AM |
| MRN: | 26523 | Date of Birth: | 9/10/1988 |
| Age: | 28 | Gender: | Male |
| Attending MD: | AMRIT P. NARULA, MD | | |

| Scope In: | 9:18:45 AM |
| Scope Out: | 9:33:00 AM |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth: 09/10/1988 | | Sex: M Race: WHITE | Facility: | DEV |
| Encounter Date: 06/12/2018 16:42 | | Provider: Hardy, William MD | Unit: | I01 |

Chronic Care - Chronic Care Clinic encounter performed at Other.

**SUBJECTIVE:**

### COMPLAINT 1    Provider: Hardy, William MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** 29 year old Caucasian male, Med Care level 2, PRD 4/2/24, arrived Devens 6/22/17 with a pmhx of Ulcerative
Colitis on balsalazide who presents for CCC visit.

Mesalamine was not effective at Schuykill. Was taking balsalazide prior to incarceration. After incarceration 4 years without medication without flare-ups. Transerred to Schuykill. Started with flare, BMs 4-5x per day , initial colonoscopy 10/14 unremarkable. Symptoms continued despite mesalamine. Follow-up colonoscpy with left sided colitis with polyp/adenoma 09/2016, then started back on balsalazide, symptoms moderately improved but not resolved, BMs 2-3 x per day. Stopped taking medication upon transfer from Schuykill, all symptoms have resolved since transfer without medication, 1 BM per day. States that he is pending a repeat Colonoscopy.

No general complaints or Ulcerative Colitis complaints today. Has not been taking any meds since November 2017. Asks to be changed from Med CL 2 to 1.

LABS:
--(06/07/2018): -Lipid Panel: CholTrigl=121/65  -TSH=3.160  _HgbA1C=5.5  CMP: AST=68 (14-59), ALT=38, Alk. Phos=64, Total Protein=8.7 (6.3-8.2), Albumin=5.3 (3.5-5.0), Bilirubin, Unconjugated=0.4 (0.0-0.3).
-CBC: unremarkable.

**Pain:** No

**Seen for clinic(s):** Gastrointestinal

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2018 | 16:47 DEV | 98.0 | 36.7 | Oral | Hardy, William MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2018 | 16:47 DEV | 74 | Brachial | Regular | Hardy, William MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2018 | 16:47 DEV | 16 | Hardy, William MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2018 | 16:47 DEV | 125/79 | Right Arm | Sitting | Adult-large | Hardy, William MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2018 | 16:47 DEV | 98 | Room Air | Hardy, William MD |

| Inmate Name: | ZULLO, JEREMY D | | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | | Sex: | M | Race: WHITE | Facility: | DEV |
| Encounter Date: | 06/12/2018 16:42 | | Provider: | Hardy, William MD | | Unit: | I01 |

| Date | Time | Value(%) Air | Provider |
|------|------|--------------|----------|

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Exam Comments**

PHYSICAL EXAM:
--HEENT: normocephalic, perrla eom's intact, remainder unremarkable.
--Lungs: clear to A & P.
--Cardiac: reg rate & rhy without m.
--Abdomen: soft/benign
--Musc/Skel: unremarkable.

**ASSESSMENT:**

Body Mass Index 19-24, adult, V85.1 - Current

Ulcerative colitis, unspecified, 556.9 - Current

**PLAN:**

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|------------|------------------|
| 415738-DEV | Balsalazide disodium 750 CAP | 06/12/2018 16:42 | Take three capsules (2250 MG) by mouth three times daily |

**Discontinue Type:**   *When Pharmacy Processes*

**Discontinue Reason:** *discontinue*

**Indication:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---------|-----------|----------|----------|
| Chronic Care Clinics-Gastrointestinal-CBC w/diff | One Time | 05/28/2019 00:00 | Routine |
| Chronic Care Clinics-Gastrointestinal-Hepatic Profile | | | |
| Chronic Care Clinics-Gastrointestinal-Comprehensive Metabolic Profile (CMP) | | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

DISPOSITION:
--GI: Per I/M Ulcerative Colitis in remission, not taking any meds since Nov 2017. Review of past records recommended F/U Colonoscopy in two years which will be Sept 2018 (Sept. 2016 Colonoscopy saw left sided colitis and polyp/adenoma). The procedure is scheduled for Sept 2018. Cannot lower to Med CL 1 until that Colonoscopy result.
--MEDS: D/C'ed at Inmate's request.
--LABS: future ordered.

| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M | Race: WHITE | Facility: | DEV |
| Encounter Date: | 06/12/2018 16:42 | Provider: | Hardy, William MD | | Unit: | I01 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2018 | Counseling | Access to Care | Hardy, William | Verbalizes Understanding |
| 06/12/2018 | Counseling | Compliance - Treatment | Hardy, William | Verbalizes Understanding |
| 06/12/2018 | Counseling | Medication Side Effects | Hardy, William | Verbalizes Understanding |
| 06/12/2018 | Counseling | Plan of Care | Hardy, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hardy, William MD on 06/20/2018 14:37

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name:  ZULLO, JEREMY D | Reg #:  06087-082 |
| Date of Birth:  09/10/1988 | Sex:  M   Race:  WHITE | Facility:  DEV |
| Encounter Date:  01/09/2018 08:35 | Provider:  Fandreyer, F. FNP | Unit:  I01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     Provider: Fandreyer, F. FNP

**Chief Complaint:** GASTROINTESTINAL

**Subjective:** 28 year old male, Care level 2, PRD 4/2/24, arrived Devens 6/22/17 with a pmhx of Ulcerative Colitis on balsalazide

He is seen to for a cop out report that his UC symptoms have resolved and he has not been taking his balsalazide. He requests to be moved to Care level 1 as he hopes to move to another camp.

**Pain:** No

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fatigue, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/09/2018 | 08:36 DEV | | 96.4 | 35.8 | | Fandreyer, F. FNP |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/09/2018 | 08:36 DEV | | 85 | | | Fandreyer, F. FNP |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/09/2018 | 08:36 DEV | | 14 | Fandreyer, F. FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/09/2018 | 08:36 DEV | 138/88 | | | | Fandreyer, F. FNP |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 01/09/2018 | 08:36 DEV | 98 | Room Air | | Fandreyer, F. FNP |

**Exam:**

**General**

| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M | Race: WHITE | Facility: | DEV |
| Encounter Date: | 01/09/2018 08:35 | Provider: | Fandreyer, F. FNP | | Unit: | I01 |

## Exam:

### Appearance
Yes: Alert and Oriented x 3

### Pulmonary
#### Observation/Inspection
Yes: Within Normal Limits

### Cardiovascular
#### Observation
Yes: Within Normal Limits

### Exam Comments
General: A & O x3, ambulatory with steady gait
Pulm: speech clear in full sentences
Musculoskeletal: able to climb on/off exam table easily

## ASSESSMENT:

Ulcerative colitis, unspecified, 556.9 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 397686-DEV | Balsalazide disodium 750 CAP | 01/09/2018 08:35 | Take three capsules (2250 MG) by mouth three times daily x 180 day(s) |

**Indication:** Ulcerative colitis, unspecified

## Disposition:

Follow-up at Sick Call as Needed

## Other:

Patient advised to discuss care level with MD at next Chronic care. Will renew balsalazide in case patient experiences flare of UC.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/09/2018 | Counseling | Plan of Care | Fandreyer, F. | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Fandreyer, F. FNP on 01/09/2018 10:21
Requested to be cosigned by Hojnoski, Jon MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/09/2018 08:35 | Provider: | Fandreyer, F. FNP | Facility: | DEV |

**Cosigned by Hojnoski, Jon MD on 01/09/2018 14:57.**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M   Race:WHITE | Facility: | DEV |
| Note Date: | 08/21/2017 08:42 | Provider: | Riley, E. NP-C | Unit: | I01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Riley, E. NP-C

        Non formulary approved for Balsalazide disodium . Medication renewed.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 391666-DEV | Balsalazide disodium 750 CAP | 08/21/2017 08:42 | Take three capsules (2250 MG) by mouth three times daily ***non-formulary approved*** until 9/14/17 x 180 day(s) |

        **Indication:** Ulcerative colitis, unspecified

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Riley, E. NP-C on 08/21/2017 08:44
Requested to be cosigned by  Murray, Scott MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 08/21/2017 08:42 | Provider: | Riley, E. NP-C | | Facility: | DEV |

**Cosigned by Hojnoski, Jon MD on 08/21/2017 14:54.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ZULLO, JEREMY D | | Reg #: | 06087-082 |
| Date of Birth: | 09/10/1988 | Sex: M   Race: WHITE | Facility: | DEV |
| Encounter Date: | 07/03/2017 07:54 | Provider: Hojnoski, Jon MD | Unit: | I01 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Hojnoski, Jon MD

**Chief Complaint:** GENERAL

**Subjective:** 28 year old male, Care level 2, PRD 4/2/24, arrived Devens 6/22/17 with a pmhx of Ulcerative Colitis on balsalazide who presents for a 14 Day evaluation/CCC visit.

Mesalamine was not effective at Schuykill. Was taking balsalazide prior to incarceration. After incarceration 4 years without medication without flare-ups. Transerred to Schuykill. Started with flare, BMs 4-5x per day , initial colonoscopy 10/14 unremarkable. Symptoms continued despite mesalamine. Follow-up colonoscpy with left sided colitis with polyp/adenoma 09/2016, then started back on balsalazide, symptoms moderately improved but not resolved, BMs 2-3 x per day. Stopped taking medication upon transfer from Schuykill, all symptoms have reolved since transfer without medication, 1 BM per day.

No complaints today

Labs: 12/13/16 CMP, LFTs, CBC unremarkable
8/17/16 TSH unremarkable
HbA1C 5.3

**Pain:** No

**Seen for clinic(s):** Gastrointestinal

## ROS:

**General**

**Constitutional Symptoms**

No: Fever

**Integumentary**

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

| | | |
|---|---|---|
| Inmate Name: ZULLO, JEREMY D | | Reg #: 06087-082 |
| Date of Birth: 09/10/1988 | Sex: M   Race: WHITE | Facility: DEV |
| Encounter Date: 07/03/2017 07:54 | Provider: Hojnoski, Jon MD | Unit: I01 |

**ROS:**

**Throat**

    Yes: Within Normal Limits

**Cardiovascular**

  **General**

    Yes: Within Normal Limits

**Pulmonary**

  **Respiratory System**

    Yes: Within Normal Limits

**GI**

  **General**

    No: Within Normal Limits

**GU**

  **General**

    Yes: Within Normal Limits

**Musculoskeletal**

  **General**

    Yes: Within Normal Limits

**Neurological**

  **Cranial Nerves**

    Yes: Within Normal Limits

  **Motor System**

    Yes: Within Normal Limits

  **Sensory System**

    Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/03/2017 | 10:26 DEV | 97.0 | 36.1 | | Hojnoski, Jon MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/03/2017 | 10:26 DEV | 58 | | | Hojnoski, Jon MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/03/2017 | 10:26 DEV | 14 | Hojnoski, Jon MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/03/2017 | 10:26 DEV | 118/76 | | | | Hojnoski, Jon MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/03/2017 | 10:26 DEV | 99 | Room Air | Hojnoski, Jon MD |

**Exam:**

  **General**

    **Affect**

      Yes: Pleasant, Cooperative

| | |
|---|---|
| Inmate Name:   ZULLO, JEREMY D | Reg #:   06087-082 |
| Date of Birth:   09/10/1988 | Facility:   DEV |
| Encounter Date: 07/03/2017 07:54   Sex:   M   Race:  WHITE   Provider:  Hojnoski, Jon MD | Unit:   I01 |

**Exam:**

**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed

**Skin**
**General**
Yes: Within Normal Limits

**Eyes**
**General**
Yes: PERRLA, Extraocular Movements Intact

**Ears**
**Tympanic Membrane**
Yes: Within Normal Limits

**Mouth**
**General**
Yes: Within Normal Limits

**Teeth**
Yes: Within Normal Limits

**Tongue**
Yes: Within Normal Limits

**Pharynx**
Yes: Within Normal Limits

**Neck**
**General**
Yes: Within Normal Limits

**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**
**Auscultation**
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

**Peripheral Vascular**
**General**
Yes: Within Normal Limits

**Abdomen**
**Auscultation**
Yes: Normo-Active Bowel Sounds

**Palpation**
Yes: Within Normal Limits

**Neurologic**
**Cranial Nerves (CN)**
Yes: Within Normal Limits

**Motor System-General**
Yes: Normal Exam

**Coordination - Gait**
Yes: Normal Gait

| Inmate Name: | ZULLO, JEREMY D | | | | Reg #: | 06087-082 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/10/1988 | Sex: | M | Race: WHITE | Facility: | DEV |
| Encounter Date: | 07/03/2017 07:54 | Provider: | Hojnoski, Jon MD | | Unit: | I01 |

**Exam comments**
   FROM all extremities
   normal gait

## ASSESSMENT:

Ulcerative colitis, unspecified, 556.9 - Current

## PLAN:

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 390375-DEV | Balsalazide disodium 750 CAP | 07/03/2017 07:54 | Take three capsules (2250 MG) by mouth three times daily ***non-formulary approved*** until 9/14/17 x 365 day(s) |

Indication: Ulcerative colitis, unspecified

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 390375-DEV | Balsalazide disodium 750 CAP | Take three capsules (2250 MG) by mouth three times daily ***non-formulary approved*** until 9/14/17 |
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 06/01/2018 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Hepatic Profile | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| Inmate Name: | ZULLO, JEREMY D | | | | | Reg #: | 06087-082 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 09/10/1988 | Sex: | M | Race: WHITE | | Facility: | DEV |
| Encounter Date: | 07/03/2017 07:54 | Provider: | Hojnoski, Jon MD | | | Unit: | I01 |

| Gastroenterology | 11/01/2017 | 11/01/2017 | Routine | No |
|---|---|---|---|---|

**Subtype:**

Colonscopy

**Reason for Request:**

28 year old male, Care level 2, PRD 4/2/24, arrived Devens 6/22/17 with a pmhx of Ulcerative Colitis on balsalazide who presents for a 14 Day evaluation/CCC visit.

Mesalamine was not effective at Schuykill. Was taking balsalazide prior to incarceration. After incarceration 4 years without medication without flare-ups. Transerred to Schuykill. Started with flare, BMs 4-5x per day , initial colonoscopy 10/14 unremarkable. Symptoms continued despite mesalamine. Follow-up colonoscpy with left sided colitis with polyp/adenoma 09/2016, then started back on balsalazide, symptoms moderately improved but not resolved, BMs 2-3 x per day.

**Provisional Diagnosis:**

Ulcerative colitis

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | | Translator | Language |
|---|---|---|---|---|---|---|
| Gastroenterology | 09/20/2018 | 09/20/2018 | Routine | | No | |

**Subtype:**

Colonscopy

**Reason for Request:**

28 y.o male with large colon colitis/ ulcerative colitis due for 2 year surveillance colonoscopy.

**Provisional Diagnosis:**

large colon colonitis and ulcerative colitis

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

Ulcerative Colitis: continue balsalazide, colonoscopy circa 11/17

Plan discussed with patient.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/03/2017 | Counseling | Plan of Care | Hojnoski, Jon | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Hojnoski, Jon MD on 07/03/2017 11:10